**Oscar Gabriel JIMENEZ; Chandra Rae Jimenez, Plaintiffs–Appellees,**

v.

**WOOD COUNTY, TEXAS; Sheriff Dwaine Daugherty, Defendants– Appellants.**

No. 09–40892.

United States Court of Appeals, Fifth Circuit.

Nov. 18, 2010.

Edwin E. Wright, III, Stradley & Wright, Dallas, TX, Joe C. Tooley, Rockwell, TX, for Plaintiffs–Appellees.

Robert Scott Davis, David Ryan Herring Iglesias, Flowers Davis, P.L.L.C., Tyler, TX, for Defendants–Appellants.

Before JONES, Chief Judge, and KING, JOLLY, DAVIS, SMITH, GARZA, BENAVIDES, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK and HAYNES, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

It is ordered that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.